THE McELWEE MANUFACTURING COMPANY, Respondent, *v.*
BENJAMIN A. TROWBRIDGE, Appellant.

(Submitted April 27, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made at the March term, 1893, which affirmed a
judgment in favor of plaintiff entered upon a verdict.

*George S. Coleman* for respondent.

Judgment affirmed by default; no opinion.
All concur.
Judgment affirmed.  _____

---

JOSHUA C. SANDERS, Respondent, *v.* JAMES L. PARSHALL,
Appellant.

(Argued April 27, 1894; decided June 5, 1894.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made February 21,
1893, which reversed a judgment in favor of defendant
entered upon an order dismissing the complaint on trial at
Special Term and which granted a new trial.

*Jacob Fromme* for appellant.

*Joshua C. Sanders,* respondent, in person.

Agree to affirm; no opinion.
All concur.
Order affirmed.